Case: 1:23-mj-00311
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/13/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On or about August 11, 2023, four Metropolitan Police Department ("MPD") Officers were on routine patrol in a marked police vehicle and in full uniform. The four officers were driving through the 300 block of Livingston Terrace, Southeast, facing the 4300 block of 3rd Street, Southeast. Officers noticed two male subjects, one who was wearing a blue shirt, later identified as Timothy Eugene Taylor ("Taylor"), standing in front of 4329 3rd Street, Southeast. Taylor was wearing a black satchel bag strapped across his torso, with the bag hanging by his hip, which was facing the street and the MPD Officers.

One of the MPD Officers noticed a distinct "L" shape protruding through Taylor's satchel bag and notified the other officers in the vehicle. Officers know through training, knowledge and experience that people commonly use these satchel bags to carry firearms and the "L" shape was possible the outline of a firearm. After noticing the outline, the officer driving the vehicle conducted a U-turn to make contact with Taylor. As officers pulled up next to Taylor in the marked vehicle, he moved his satchel from his right hip to his left hip, with the bag no longer facing the street and bladed his body by offsetting his left back leg at an angle, removing the satchel from the officers' view. Taylor was asked, "Hey Sir, do you have a gun in your bag?" Taylor replied, "No, I live right here," and pointed to 4329 3rd Street, Southeast.

After inquiring about the firearm, officers exited the vehicle to get a better look at Taylor's satchel, which was still concealed on his left hip. As soon as the officers exited the vehicle, Taylor took flight and ran inside of 4320 3rd Street, Southeast, and towards the second floor. Officers were able to stop Taylor on the second-floor landing as he tried to open a random locked apartment door. Once Taylor was stopped, an officer conducted a protective pat-down of Taylor's satchel and felt the distinct shape of a firearm.

A search of Taylor's bag revealed, a Smith and Wesson M&P 2.0 handgun, Serial Number NCU9682, with an extended magazine, loaded with 22 rounds of ammunition, one large vial of suspected liquid PCP, and 2 small vials of suspected liquid PCP.  Additionally, $279.36 U.S. Currency was found on Taylor.  At this point, Taylor was placed under arrest and transported to the Seventh District for processing.

The firearm appeared to be fully functional and was designed to expel a projectile by the action of an explosive.  A WALES/NCIC inquiry was conducted on the firearm, revealing that the firearm was unregistered.  The firearm and ammunition in this case were manufactured outside the District of Columbia, and therefore traveled in interstate commerce.

While Taylor was in custody, a criminal history check was conducted, and it revealed that he has prior felony convictions, including a conviction from United States District Court for the District of Columbia on October 21, 2020, for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g), in Case Number 20-CR-000101. As Taylor was sentenced to 35 months of imprisonment, and spent time in prison, Taylor was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by a term of imprisonment exceeding one year.

Taylor's knowledge of his firearm disability is further established in the subsequent, post-arrest interview that was conducted.  During this interview, Taylor confessed that he ran from the officers because he knew he had a firearm.  Further, Taylor confessed that he possessed the firearm for his own protection.  He also admitted that he possessed and sold PCP for purposes of profit.

_____
Officer Marcus Harmon
Badge Number 2760
METROPOLITIAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th Day of November 2023.

2023.11.13
19:37:17 -05'00'

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

3